

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2022

No. 04-22-00158-CR

Clarence Edward **LIPPERT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7076
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

The State's appellee's brief is due October 10, 2022. On October 5, 2022, the State filed a motion requesting a sixty-day extension of time. On October 7, 2022, we issued an order granting the motion and ordering the State to file its brief no later than December 9, 2022. Our order cautioned the State that further requests for an extension of time will not be granted absent extraordinary circumstances.

On December 9, 2022, the State filed a motion requesting a seven-day extension of time. The motion is GRANTED and the State is ORDERED to file its brief **no later than December 16, 2022**. If the State does not file its brief on or before December 16th, this appeal is subject to being set for submission without benefit of the State's brief. The State is further cautioned that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance warranting further requests for an extension of time.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2022.



Michael A. Cruz,
Clerk of Court